| United States Bankruptcy Court<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|
| IN RE: (Name of debtor - If individual, enter: Last, First, Middle)<br><br>**SHAPIRO, NEVIN KAREY** | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names)<br>**N/A** |

| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>XXXX 1291 Lm | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. And street, city, state and zip code)<br>**5380 N. Bay Road**<br>**Miami Beach, Florida 33140**<br><br>COUNTY OF RESIDENCE/BUSINESS: **Miami-Dade County** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**N/A** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If other than previously listed addresses) **N/A**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7      ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe
☐ Debts are primarily consumer debts
☒ Debts are primarily business (Complete Sections A and B)

TYPE OF DEBTOR
☒ Individual                    ☐ Corporation Publicly Held
☐ Partnership                  ☐ Corporation Not Publicly Held

A. TYPE OF BUSINESS (Check one box)
☐ Professional        ☐ Transportation      ☒ Commodity Broker
☐ Retail/Wholesale   ☐ Manufacturing/      ☐ Construction
☐ Railroad   Mining  ☐ Real Estate
☐ Stockbroker         ☐ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS:

**Food Broker**

VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the 180 days immediately preceding the date of this petition or for a longer part of such 180 days in any other District.
☐ A Bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS REPORT (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATION<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

| FORM5 Involuntary Petition | Name of Debtor **Shapiro, Nevin Karey** |
| --- | --- |
| | Case No. _____ |
| | (Court use only) |

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)
BRADLEY ASSOCIATES LIMITED PARTNERSHIP
   By: Sherwin LLC, General Partner
      By: Sherwin Jarol, Manager

Date Signed: 11.25.09

X_____
Signature of Petitioner or Representative (State title)
SOUTH BEACH CHICAGO, LLC
   By: Sherwin Jarol, Manager

Date Signed: 11.25.09

X_____
Signature of Petitioner or Representative (State title)
SOUTH BEACH CHICAGO 2006, LLC
   By: Sherwin Jarol, Manager

Date Signed: 11.25.09

X_____
Signature of Petitioner or Representative (State title)
VICTOR GONZALEZ, personally and as Trustee of the
Victor Gonzalez 2006 Revocable Trust

Date Signed: 11-30-09

X_____
Signature of Petitioner or Representative (State title)
RELIANZ MORTGAGE, INC.
   By: Sherwin Jarol, President

Date Signed: 11.25.09

X_____
Signature of Attorney

John W. Kozyak, Esq.
Florida Bar No. 200395
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Phone:(305) 372-1800
Fax:: (305) 372-3508

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner:<br><br>Bradley Associates Limited Partnership<br>111 East Wacker Drive, Suite 900<br>Chicago, IL 60601 | Nature of Claim:<br><br>Loan Guaranty | Amount of Claim:<br><br>$ 2,840,263.01* |
| Name and Address of Petitioner:<br><br>South Beach Chicago, LLC<br>225 North Michigan Avenue, 11th Floor<br>Chicago, IL 60601 | Nature of Claim:<br><br>Loan Guaranty | Amount of Claim:<br><br>$ 2,000,000.00 |
| Name and Address of Petitioner:<br><br>South Beach Chicago 2008, LLC<br>225 North Michigan Avenue, 11th Floor<br>Chicago, IL 60601 | Nature of Claim:<br><br>Loan Guaranty | Amount of Claim:<br><br>$ 69,999.99* |
| Name and Address of Petitioner:<br><br>Relianz Mortgage, Inc.<br>225 North Michigan Avenue, 11th Floor<br>Chicago, IL 60601 | Nature of Claim:<br><br>Loan Guaranty | Amount of Claim:<br><br>$ 877,800.00* |
| Name and Address of Petitioner:<br><br>Victor Gonzalez<br>19271 Sterling Drive<br>Cutler Bay, FL 33157 | Nature of Claim:<br><br>Breach of Settlement Agreement | Amount of Claim:<br><br>$ 5,677,903.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims:<br>$ 11,465,966.00 |

__0__ continuation sheets attached

*Amount reflects only current interest due, without waiver of entitlement to full principal due at this time.

247349