ORDERED in the Southern District of Florida on Dec. 10, 2009

/s/ Laurel M Isicoff
Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE: | **Chapter 7** |
| | Involuntary Petition |
| CAPITOL INVESTMENTS USA, INC., and | Case No. 09-36408-BKC-LMI |
| NEVIN KAREY SHAPIRO, | Case No. 09-36418-BKC-LMI |
| Debtors. | **(Jointly Administered under** |
| _____/ | **Case No. 09-36408-BKC-LMI)** |

### ORDER JOINTLY ADMINISTERING CHAPTER 7 CASES

This matter came before the Court at a hearing on December 10, 2009 on the *Motion for Order Directing Joint Administration of Cases* filed by the Petitioning Creditors, Bradley Associates Limited Partnership, South Beach Chicago, LLC, South Beach Chicago 2008, LLC, Relianz Mortgage, Inc., and Victor Gonzalez, individually and as trustee for Victor Gonzalez 2006 Revocable Trust (collectively, the "Petitioning Creditors") (D.E. # 6) filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(B)(2)(b).

The cases identified in the caption of this order are pending in this Court by or against an alleged individual debtor and a corporation he owns. It appears that these cases should be jointly

administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1. Accordingly it is

**ORDERED** that:

1. These cases shall be jointly administered. Case No. 09-36408-BKC-LMI is designated as the "lead case".

2. A single case docket and court file shall be maintained and kept by the Clerk of the United States Bankruptcy Court for the Southern District of Florida under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case.

4. The caption of the jointly-administered cases will read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| IN RE: | **Chapter 7** |
| | Involuntary Petition |
| CAPITOL INVESTMENTS USA, INC., and | Case No. 09-36408-BKC-LMI |
| NEVIN KAREY SHAPIRO, | Case No. 09-36418-BKC-LMI |
| | |
| Debtors. | **(Jointly Administered under** |
| _____ / | **Case No. 09-36408-BKC-LMI)** |

###

Submitted by:

**KOZYAK TROPIN & THROCKMORTON, P.A.**
David L. Rosendorf (Florida Bar No. 996823)
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*Counsel to Petitioning Creditors*

COPIES FURNISHED TO:
David L. Rosendorf, Esq.
[Attorney Rosendorf is directed to serve copies of this order on all interested parties and to file a certificate of service]