**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

| Case No: | 09-36418    LMI    Judge: LAUREL M. ISICOFF | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | SHAPIRO, NEVIN KAREY | Date Filed (f) or Converted (c): | 11/30/09 (f) |
| | | 341(a) Meeting Date: | 06/01/10 |
| For Period Ending: 09/30/14 | | Claims Bar Date: | 09/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.99 | FA |
| 2. Insurance Settlements (u) | 0.00 | 0.00 | | 3,847.99 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. 5380 North Bay Road, Miami Beach, FL  331340  Motion for Sale of Property Shapiro Estate's Right Title and Interest in Real Property Free and Clear of Liens, Claims and Encumbrances Under 11 USC Section 363, 04/08/2011 (D.E. # 1389); Final Order Granting Motion For Entry of Order Authorizing Sale of Shapiro's Estate's Right Title and Interest in Real Property Free and Clear of Liens, Claims and Encumbrances, 4/26/11 (ECF 1453) | 5,400,000.00 | 5,740,000.00 | | 5,740,983.27 | FA |
| 5. Cash on hand | 400.00 | 0.00 | | 0.00 | FA |
| 6. Wachovia Accts | 50.00 | 0.00 | | 15.07 | FA |
| 7. Nelson Gonzalez - Real Estate Rental Deposit | 6,340.00 | 0.00 | | 0.00 | FA |
| 8. Household goods & furnishings | 24,450.00 | 0.00 | | 0.00 | FA |
| 9. Oil painting located at debtor's residence | 100.00 | 0.00 | | 0.00 | FA |
| 10. Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.03a

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    2

| Case No: | 09-36418    LMI   Judge: LAUREL M. ISICOFF |
|---|---|
| Case Name: | SHAPIRO, NEVIN KAREY |

| Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 11/30/09 (f) |
| 341(a) Meeting Date: | 06/01/10 |
| Claims Bar Date: | 09/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Stock and Business Interests<br><br>Filed in jointly administered case #09-36408 Trustee's Notice of Abandonment of Debtor's 100% Ownership Interest in the Stock of Capitol Investments USA, Inc., 4/13/11 (D.E.#1406) | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. Interests in partnerships or joint ventures | 0.00 | 0.00 | | 0.00 | FA |
| 13. Loan to Paul Calli<br><br>Order Granting Motion To Approve Stipulation to Compromise Controversy, 11/1/10 (D.E. #891) | 19,000.00 | 19,000.00 | | 19,000.00 | FA |
| 14. CLK 500 | 34,000.00 | 0.00 | | 0.00 | FA |
| 15. Ofc equip't, furnishings, supplies | 100.00 | 0.00 | | 0.00 | FA |
| 16. Life Insurance Policies | 3,057.53 | 0.00 | | 0.00 | FA |
| 17. Other contingent and unliquidated debtors | Unknown | 0.00 | | 0.00 | FA |
| 18. FPL Refunds (u) | 0.00 | 1,416.27 | | 1,416.27 | FA |
| 19. Lehman Settlement (u)<br><br>Trustee's Stipulation and Motion to (1) Approve Stipulation to Compromise Controversy with Joseph M. Lehman and (2) Payment of Contingency Fee from Settlement Payment, 2/6/13 (ECF 2644) | 0.00 | 670,000.00 | | 1,000,000.00 | FA |

Gross Value of Remaining Assets

LFORM1

Ver: 18.03a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Case No:         09-36418    LMI   Judge: LAUREL M. ISICOFF

Case Name:      SHAPIRO, NEVIN KAREY

Trustee Name:                                JOEL L. TABAS, TRUSTEE

Date Filed (f) or Converted (c):    11/30/09 (f)

341(a) Meeting Date:                    06/01/10

Claims Bar Date:                          09/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $5,487,897.53 | $6,430,416.27 | | $6,765,263.59 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case is Jointly administered with Capitol Investments USA, Inc., Case No. 09-36408-BKC-LMI, and will remain open

until Capitol Investments is ready to close.

Initial Projected Date of Final Report (TFR): 12/15/12          Current Projected Date of Final Report (TFR): 12/30/14

LFORM1

Ver: 18.03a

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  09-36418  -LMI
Case Name:  SHAPIRO, NEVIN KAREY

Trustee Name:  JOEL L. TABAS, TRUSTEE
Bank Name:  Union Bank
Account Number / CD #:  *******9152  EPI-NB GENERAL

Taxpayer ID No:  *******2158
For Period Ending:  09/30/14

Blanket Bond (per case limit):  $  1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/09 | 6 | Wachovia | Balance in Acct 5241 | 1129-000 | 15.07 | | 15.07 |
| 05/21/10 | | Tabas, Freedman, Soloff, Miller & Brown, P.A. One Flagler Building 14 N.E. First Ave., Penthouse Miami, FL  33132 | Pursuant  to Order Granting Trustee Emergency Motion to Incur Debt for the Required Upkeep and Maintenance on Debtor's Real Property and for Surcharge Against and Super-Priority Lien on the Real Property and Any Sale Proceeds, 5/25/10 (ECF 518) | 1290-000 | 10,000.00 | | 10,015.07 |
| 05/21/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,800.00 | 8,215.07 |
| 05/24/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 975.00 | 7,240.07 |
| 05/25/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 828.15 | 6,411.92 |
| 05/28/10 | 1 | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 6,411.95 |
| 06/30/10 | 1 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.26 | | 6,412.21 |
| 07/01/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 900.18 | 5,512.03 |
| 07/01/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,537.56 | 3,974.47 |
| 07/02/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 250.00 | 3,724.47 |
| 07/06/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 400.00 | 3,324.47 |

Page Subtotals        10,015.36        6,690.89

LFORM24

Ver: 18.03a

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        09-36418  -LMI

Case Name:     SHAPIRO, NEVIN KAREY

Taxpayer ID No:   *******2158

For Period Ending:  09/30/14

Trustee Name:     JOEL L. TABAS, TRUSTEE

Bank Name:       Union Bank

Account Number / CD #:   *******9152  EPI-NB GENERAL

Blanket Bond (per case limit):    $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | 1 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.13 | | 3,324.60 |
| 08/12/10 | 2 | Cleveland Customer Svc Office | In full settlement of all claims | 1229-000 | 2,352.82 | | 5,677.42 |
| 08/12/10 | 2 | Nationwide Life Insurance Company | policy cash value settlement | 1229-000 | 1,495.17 | | 7,172.59 |
| 08/16/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,122.71 | 6,049.88 |
| 08/19/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 250.00 | 5,799.88 |
| 08/19/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 542.42 | 5,257.46 |
| 08/31/10 | 1 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.18 | | 5,257.64 |
| 09/01/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 300.00 | 4,957.64 |
| 09/01/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,010.45 | 3,947.19 |
| 09/15/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 525.78 | 3,421.41 |
| 09/30/10 | 1 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.13 | | 3,421.54 |
| 10/01/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,104.07 | 2,317.47 |
| 10/13/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 250.00 | 2,067.47 |
| 10/18/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 624.58 | 1,442.89 |
| | | | | | | | |

Page Subtotals        3,848.43        5,730.01

LFORM24

Ver: 18.03a

**FORM 2**

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-36418 -LMI | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | SHAPIRO, NEVIN KAREY | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9152  EPI-NB GENERAL |

| Taxpayer ID No: | *******2158 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/20/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 239.54 | 1,203.35 |
| 10/29/10 | 1 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.06 | | 1,203.41 |
| 11/01/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 691.06 | 512.35 |
| 11/02/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 300.00 | 212.35 |
| 11/17/10 | | Tabas, Freedman, Soloff, Miller & Brown, P.A. One Flagler Building 14 N.E. First Ave., Penthouse Miami, FL  33132 | Pursuant  to Order Granting Trustee Emergency Motion to Incur Debt for the Required Upkeep and Maintenance on Debtor's Real Property and for Surcharge Against and Super-Priority Lien on the Real Property and Any Sale Proceeds, 12/21/10 (ECF 1018) | 1290-000 | 5,000.00 | | 5,212.35 |
| 11/18/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 859.71 | 4,352.64 |
| 11/30/10 | 1 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.07 | | 4,352.71 |
| 12/02/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,163.05 | 3,189.66 |
| 12/16/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 632.36 | 2,557.30 |
| 12/20/10 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 200.00 | 2,357.30 |
| 12/31/10 | 1 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.11 | | 2,357.41 |
| 01/04/11 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 525.96 | 1,831.45 |

Page Subtotals    5,000.24    4,611.68

Ver: 18.03a

LFORM24

**FORM 2**

Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          09-36418 -LMI

Case Name:      SHAPIRO, NEVIN KAREY

Taxpayer ID No:    *******2158

For Period Ending:  09/30/14

Trustee Name:          JOEL L. TABAS, TRUSTEE

Bank Name:              Union Bank

Account Number / CD #:    *******9152  EPI-NB GENERAL

Blanket Bond (per case limit):    $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/06/11 | 000101 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2011 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000 on deposit as of November 30, 2010), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 3.48 | 1,827.97 |
| 01/14/11 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,194.60 | 633.37 |
| 01/20/11 | | Transfer to Acct #*******0598 | TRANSFER TO WRITE CHECKS | 9999-000 | | 250.00 | 383.37 |
| 01/31/11 | 1 | Union Bank | Interest Rate  0.000 | 1270-000 | 0.02 | | 383.39 |
| 02/16/11 | | Tabas, Freedman, Soloff, Miller & Brown, P.A. One Flagler Building 14 N.E. First Ave., Penthouse Miami, FL 33132 | Pursuant  to Order Granting Trustee's Third Emergency Motion to Incur Debt for the Required Upkeep and Maintenance on Debtor's Real Property and for Surcharge Against and Super-Priority Lien on the Real Property and Any Sale Proceeds, 3/4/11 (ECF 1293) | 1290-000 | 7,500.00 | | 7,883.39 |
| 02/17/11 | 000102 | FPL General Mail Facility Miami, FL  33188-0001 | Acct #: 64584-36232, for Dec. 20 to Jan 22, 2011, pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 448.60 | 7,434.79 |
| 02/17/11 | 000103 | CITY OF MIAMI BEACH P.O. Box 116649 Atlanta, GA  30368-6649 | Acct No. 520547-01 Current Reading Date 1/21/11, pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 379.64 | 7,055.15 |
| *     03/01/11 | 000104 | FPL General Mail Facility Miami, FL  33188-0001 | Acct #: 64584-36232, for Jan 22 to Feb 21, 2011, pusuant to Order Granting Third Emergency Motion to Incur Debt | 2690-003 | | 448.60 | 6,606.55 |

Page Subtotals                   7,500.02         2,724.92

Ver: 18.03a

LFORM24

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   09-36418  -LMI

Case Name:   SHAPIRO, NEVIN KAREY

Taxpayer ID No:   *******2158

For Period Ending:   09/30/14

Trustee Name:   JOEL L. TABAS, TRUSTEE

Bank Name:   Union Bank

Account Number / CD #:   *******9152  EPI-NB GENERAL

Blanket Bond (per case limit):   $  1,000,000.00

Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 03/02/11 | 000104 | FPL General Mail Facility Miami, FL 33188-0001 | Acct #: 64584-36232, for Jan 22 to | 2690-003 | | -448.60 | 7,055.15 |
| 03/02/11 | 000105 | FPL General Mail Facility Miami, FL 33188-0001 | Acct #: 64584-36232, for Jan 22 to Feb 21, 2011, pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 919.51 | 6,135.64 |
| 03/08/11 | 000106 | CITY OF MIAMI BEACH P.O. Box 116649 Atlanta, GA 30368-6649 | Acct No. 520547-01 Current Reading Date 2/17/11, pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 536.68 | 5,598.96 |
| 04/01/11 | 000107 | Victor Alvarez 16258 NW 17 Court Pembroke Pines, FL 33028 | Pool Service, Jan, Feb & Mar 2011 pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 450.00 | 5,148.96 |
| 04/01/11 | 000108 | FPL General Mail Facility Miami, FL 33188-0001 | Acct #: 64584-36232, for Feb 21 to Mar 22, 2011, pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 77.04 | 5,071.92 |
| 04/11/11 | 13 | Capitol Investments USA, Inc. | Paul Calli Settlement Funds, that were deposited into the jointly administered Capitol Investments estate, pursuant to Order, 11/1/10 (D.E. 891) | 1141-000 | 19,000.00 | | 24,071.92 |
| 04/12/11 | 000109 | CITY OF MIAMI BEACH P.O. Box 116649 | Acct No. 520547-01 Current Reading Date 3/28/11, pursuant to Order Granting Third | 2690-000 | | 748.84 | 23,323.08 |

Page Subtotals        19,000.00        2,283.47

Ver: 18.03a

LFORM24

**FORM 2**

Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-36418  -LMI |
|---|---|
| Case Name: | SHAPIRO, NEVIN KAREY |

| Taxpayer ID No: | *******2158 |
|---|---|
| For Period Ending: | 09/30/14 |

| Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|
| Bank Name: | Union Bank |
| Account Number / CD #: | *******9152  EPI-NB GENERAL |

| Blanket Bond (per case limit): | $  1,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Atlanta, GA  30368-6649 | Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | | | | |
| 04/29/11 | 4 | Clear Title Services, Inc. and Feldman & van der Vlugt, P.A. | Sale of house at 5380 North Bay Rd pursuant to Final Order Granting Motion For Entry of Order Authorizing Sale of Shapiro's Estate's Right Title and Interest in Real Property Free and Clear of Liens, Claims and Encumbrances, 4/26/11 (ECF 1453)<br>　Memo Amount:　　5,740,000.00<br>Contract Sale Price<br>　Memo Amount:　 (　107,656.07 )<br>commission paid at settlement<br>　Memo Amount:　 (　　37.00 )<br>Recording Fees<br>　Memo Amount:　 (　34,440.00 )<br>State tax/stamps<br>　Memo Amount:　 (　　27.00 )<br>Certified copy of Sale Order<br>　Memo Amount:　 (　　95.00 )<br>Affidavit of Notice<br>　Memo Amount:　 (　3,239.76 )<br>Outstanding water/utility bills<br>　Memo Amount:　 (　5,164,055.52 )<br>Payoff of first mortgage loan<br>　Memo Amount:　 (　275,708.35 )<br>Payoff of second mortage loan<br>　Memo Amount:　 (　24,585.23 )<br>County taxes from 1/1/11 to 4/27/11 | <br><br><br><br><br><br>1110-000<br><br>3510-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>4110-000<br><br>4110-000<br><br>4800-000 | 130,156.07 | | 153,479.15 |

Page Subtotals　　　130,156.07　　　0.00

Ver: 18.03a

LFORM24

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:            09-36418  -LMI

Case Name:        SHAPIRO, NEVIN KAREY

Taxpayer ID No:   *******2158

For Period Ending:  09/30/14

Trustee Name:        JOEL L. TABAS, TRUSTEE

Bank Name:           Union Bank

Account Number / CD #:   *******9152  EPI-NB GENERAL

Blanket Bond (per case limit):   $  1,000,000.00

Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/02/11 | 000110 | FPL General Mail Facility Miami, FL 33188-0001 | Acct #: 64584-36232, for 3/22/11 to 4/21/11, pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 734.59 | 152,744.56 |
| 05/02/11 | 000111 | Victor Alvarez 16258 NW 17 Court Pembroke Pines, FL 33028 | Pool Service, April 2011 pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 150.00 | 152,594.56 |
| 05/11/11 | 4 | IndyMac Mortgage Services | Refund of Mortgage payoff | 1110-000 | 983.27 | | 153,577.83 |
| 05/23/11 | 18 | FPL | Refund | 2690-000 | 1,416.27 | | 154,994.10 |
| 05/23/11 | | FPL | Refund | 2690-000 | | -734.59 | 155,728.69 |
| 05/25/11 | 000112 | Manuel Fonseca 1543 Michigan Ave. Suite 308 Miami Beach, FL 33139 | Final Landscaping Services, 4/16/11, pursuant to Order Granting Third Emergency Motion to Incur Debt, 3/4/11 (DE 1293) | 2690-000 | | 250.00 | 155,478.69 |
| 09/14/11 | 000113 | Marcum LLP One SE Third Ave, 10th Floor Miami, FL 33131 | First interim fee, representing 80% of requested fees, pursuant to Order, 9/12/11 (ECF 1832) | 3410-000 | | 37,784.80 | 117,693.89 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 381.04 | 117,312.85 |
| 09/30/11 | | Union Bank | Reversal of Service Charge 9/29/11 | 2600-000 | 381.04 | | 117,693.89 |
| 01/17/12 | 000114 | International Sureties, Ltd. 701 Poydras St., Ste. 420 | 2012 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of | 2300-000 | | 94.16 | 117,599.73 |

Page Subtotals          2,780.58          38,660.00

Ver: 18.03a

LFORM24

**FORM 2**

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  09-36418 -LMI  
Case Name:  SHAPIRO, NEVIN KAREY  

Taxpayer ID No:  *******2158  
For Period Ending:  09/30/14  

Trustee Name:  JOEL L. TABAS, TRUSTEE  
Bank Name:  Union Bank  
Account Number / CD #:  *******9152  EPI-NB GENERAL  

Blanket Bond (per case limit):  $ 1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | November 30, 2011), pursuant to Local Rule 2016-1(A)(k) | | | | |
| 01/04/13 | 19 | Greenberg, Traurig | Order Granting Trustee's Motion to Bank Serial #: 0 | 1249-000 | 679,700.00 | | 797,299.73 |
| 01/09/13 | 19 | Greenberg Traurig | Order Granting Trustee's Motion to Bank Serial #: 0 (1) Approve Stipulation to Compromise Controversy with Joseph M. Lehman and (2) for Payment of Contingency Fee from Settlement Payment, (pending) | 1249-000 | 291,300.00 | | 1,088,599.73 |
| 01/10/13 | 000115 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2013 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2012), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 94.08 | 1,088,505.65 |
| *   02/06/13 | 000116 | Tabas, Freedman, Soloff, Brown & Rigali, P.A. f/k/aTabas, Freedman, Soloff, Miller & Brown, P.A. 14 N.E. First Ave., Penthouse Miami, FL  33132 | Contingency Fee (Lehman) Settlement funds received to date = $971,000.00, Per Order, 2/6/13 (ECF 2644) Order Granting Trustee's Stipulation and Motion to (1) Approve Stipulation to Compromise Controversy with Joseph M. Lehman and (2) Payment of Contingency Fee from Settlement Payment | 3110-003 | | 320,430.00 | 768,075.65 |
| *   02/06/13 | 000116 | Tabas, Freedman, Soloff, Brown & Rigali, P.A. f/k/aTabas, Freedman, Soloff, Miller & Brown, P.A. 14 N.E. First Ave., Penthouse | Contingency Fee (Lehman) waiting for final order | 3110-003 | | -320,430.00 | 1,088,505.65 |

Page Subtotals   971,000.00   94.08

Ver: 18.03a

LFORM24

**FORM 2**

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 09-36418 -LMI | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | SHAPIRO, NEVIN KAREY | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9152  EPI-NB GENERAL |

Taxpayer ID No:  *******2158

For Period Ending:  09/30/14

Blanket Bond (per case limit):  $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami, FL  33132 | | | | | |
| 02/21/13 | 000117 | Tabas, Freedman, Soloff, Brown & Rigali, P.A. f/k/aTabas, Freedman, Soloff, Miller & Brown, P.A. 14 N.E. First Ave., Penthouse Miami, FL  33132 | Contingency Fee (Lehman) Settlement funds received to date = $971,000.00, Per Order, 2/6/13 (ECF 2644) Order Granting Trustee's Stipulation and Motion to (1) Approve Stipulation to Compromise Controversy with Joseph M. Lehman and (2) Payment of Contingency Fee from Settlement Payment | 3110-000 | | 320,430.00 | 768,075.65 |
| 03/07/13 | 19 | Joseph Michael Lehman | Order Granting Trustee's Motion to Bank Serial #: 0 Approve Stipulation to Compromise Controversy with Joseph M. Lehman and (2) Payment of Contingency Fee from Settlement Payment, 2/6/13 (ECF 2644) | 1249-000 | 29,000.00 | | 797,075.65 |
| 03/14/13 | 000118 | Tabas, Freedman, Soloff, Brown & Rigali, P.A. f/k/aTabas, Freedman, Soloff, Miller & Brown, P.A. 14 N.E. First Ave., Penthouse Miami, FL  33132 | Contingency Fee (Lehman) Settlement funds received to date = $1,000,000.00, Per Order, 2/6/13 (ECF 2644) Order Granting Trustee's Stipulation and Motion to (1) Approve Stipulation to Compromise Controversy with Joseph M. Lehman and (2) Payment of Contingency Fee from Settlement Payment | 3110-000 | | 9,570.00 | 787,505.65 |
| 06/24/13 | 000119 | Marcum LLP One SE Third Ave, 10th Floor Miami, FL  33131 | Second interim fee application pursuant to Order, 6/13/13 (ECF 2671) | 3410-000 | | 5,114.80 | 782,390.85 |
| 06/24/13 | 000120 | Marcum LLP One SE Third Ave, 10th Floor | Second interim fee application pursuant to Order, 6/13/13 (ECF 2671) | 3420-000 | | 18.39 | 782,372.46 |

Page Subtotals     29,000.00     335,133.19

Ver: 18.03a

LFORM24

**FORM 2**

Page:   10

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-36418 -LMI | |
| Case Name: | SHAPIRO, NEVIN KAREY | |
| Taxpayer ID No: | *******2158 | |
| For Period Ending: | 09/30/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******9152  EPI-NB GENERAL |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami, FL  33131 | | | | | |
| 01/24/14 | 000121 | International Sureties, Ltd.<br>701 Poydras St., Ste. 420<br>New Orleans, LA  70139 | 2014 Chapter 7 trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2013), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 626.08 | 781,746.38 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 5,740,000.00 | COLUMN TOTALS | | 1,178,300.70 | 396,554.32 | 781,746.38 |
| Memo Allocation Disbursements: | 5,609,843.93 | Less:  Bank Transfers/CD's | | 0.00 | 18,477.18 | |
| | | Subtotal | | 1,178,300.70 | 378,077.14 | |
| Memo Allocation Net: | 130,156.07 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 1,178,300.70 | 378,077.14 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 626.08 |

Ver: 18.03a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-36418 -LMI | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | SHAPIRO, NEVIN KAREY | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0598 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2158 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,800.00 | | 1,800.00 |
| 05/21/10 | 010001 | City of Miami Beach | Security Deposit for water service at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/10 (D.E. #518) | 2990-000 | | 1,800.00 | 0.00 |
| 05/24/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 975.00 | | 975.00 |
| 05/24/10 | 010002 | Marcelina Frias | Housekeeping clean up, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 100.00 | 875.00 |
| 05/24/10 | 010003 | Professional Landscaping | Landscaping services, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 675.00 | 200.00 |
| 05/24/10 | 010004 | Victor H. Alvarez | Inv. #1039, Swimming Pool Services, Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 200.00 | 0.00 |
| 05/25/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 828.15 | | 828.15 |
| 05/25/10 | 010005 | FPL General Mail Facility Miami, FL 33188-0001 | Acct #: 64584-36232 4/22-5/21/10 Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (ECF 518) | 2990-000 | | 828.15 | 0.00 |
| | | | | | | | |

Page Subtotals     3,603.15     3,603.15

Ver: 18.03a

LFORM24

**FORM 2**

Page:    12

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-36418 -LMI | Trustee Name: JOEL L. TABAS, TRUSTEE |
| Case Name: SHAPIRO, NEVIN KAREY | Bank Name: Union Bank |
| | Account Number / CD #: *******0598  Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******2158 | |
| For Period Ending: 09/30/14 | Blanket Bond (per case limit):   $  1,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/01/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 900.18 | | 900.18 |
| 07/01/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,537.56 | | 2,437.74 |
| 07/01/10 | 010006 | Victor H. Alvarez | Inv. #10593, Swimming Pool Service (June & July 2010) Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 300.00 | 2,137.74 |
| 07/01/10 | 010007 | FPL General Mail Facility Miami, FL  33188-0001 | Acct #: 64584-36232 5-21 to 6-22-10 Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (ECF 518) | 2990-000 | | 1,237.56 | 900.18 |
| 07/01/10 | 010008 | City of Miami Beach | Acct #520547-01 - Current reading for 6/21/2010, at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/10 (D.E. #518) | 2990-000 | | 900.18 | 0.00 |
| 07/02/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 250.00 | | 250.00 |
| 07/02/10 | 010009 | Manuel Fonseca 1543 Michigan Ave., Suite 308 Miami Beach, FL  33139 | Lawn Service - 6/23/10 Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 250.00 | 0.00 |
| 07/06/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 400.00 | | 400.00 |
| * 07/06/10 | 010010 | Aquarium Experts, LLC P.O. Box 693531 Miami, FL  33269 | Aquarium Services, Inv. Date 7/1/10 | 2990-004 | | 400.00 | 0.00 |

Page Subtotals          3,087.74          3,087.74

Ver: 18.03a

LFORM24

**FORM 2**

Page: 13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        09-36418 -LMI
Case Name:    SHAPIRO, NEVIN KAREY

Taxpayer ID No:    *******2158
For Period Ending:  09/30/14

Trustee Name:        JOEL L. TABAS, TRUSTEE
Bank Name:            Union Bank
Account Number / CD #:    *******0598  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):    $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/06/10 | 010010 | Aquarium Experts, LLC P.O. Box 693531 Miami, FL 33269 | Stop Payment Reversal SA | 2990-004 | | -400.00 | 400.00 |
| 08/05/10 | 010011 | Aquarium Experts, LLC P.O. Box 693531 Miami, FL 33269 | Aquarium Services, Inv. Date 7/1/10 Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) Reissuance of Check #10010, not received, mailed to: Henry A. Avila 801 N.E. 199th St. Apt. 105 Miami, FL 33179 | 2990-000 | | 400.00 | 0.00 |
| 08/16/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,122.71 | | 1,122.71 |
| 08/16/10 | 010012 | FPL General Mail Facility Miami, FL 33188-0001 | Acct #: 64584-36232 For service 06/22 - 07/22/10, Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (ECF 518) | 2990-000 | | 1,122.71 | 0.00 |
| 08/19/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 250.00 | | 250.00 |
| 08/19/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 542.42 | | 792.42 |
| 08/19/10 | 010013 | Manuel Fonseca 1543 Michigan Ave., Suite 308 Miami Beach, FL 33139 | Lawn Service - 8/7/10 Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 250.00 | 542.42 |

Page Subtotals    1,915.13    1,372.71

LFORM24

Ver: 18.03a

**FORM 2**

Page:    14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-36418 -LMI

Case Name:     SHAPIRO, NEVIN KAREY

Taxpayer ID No:     *******2158

For Period Ending:   09/30/14

Trustee Name:          JOEL L. TABAS, TRUSTEE

Bank Name:             Union Bank

Account Number / CD #:     *******0598  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):     $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/10 | 010014 | City of Miami Beach | Acct #520547-01 - Current reading for 7/21/2010, at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/10 (D.E. #518) | 2990-000 | | 542.42 | 0.00 |
| 09/01/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 300.00 | | 300.00 |
| 09/01/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,010.45 | | 1,310.45 |
| 09/01/10 | 010015 | FPL General Mail Facility Miami, FL  33188-0001 | Acct #: 64584-36232 For service 07/22/10 to 08/20/10, Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (ECF 518) | 2990-000 | | 1,010.45 | 300.00 |
| 09/01/10 | 010016 | Victor H. Alvarez | Inv. #10593, Swimming Pool Service (August & September 2010) Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 300.00 | 0.00 |
| 09/15/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 525.78 | | 525.78 |
| 09/15/10 | 010017 | City of Miami Beach | Acct #520547-01 - Current reading for 8/19/2010, at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/10 (D.E. #518) | 2990-000 | | 525.78 | 0.00 |
| 10/01/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,104.07 | | 1,104.07 |
| 10/01/10 | 010018 | FPL | Acct #: 64584-36232 | 2990-000 | | 1,104.07 | 0.00 |

Page Subtotals          2,940.30          3,482.72

Ver: 18.03a

LFORM24

**FORM 2**

Page:    15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-36418 -LMI

Case Name:     SHAPIRO, NEVIN KAREY

Trustee Name:            JOEL L. TABAS, TRUSTEE

Bank Name:                Union Bank

Account Number / CD #:     *******0598  Checking Account (Non-Interest Earn

Taxpayer ID No:   *******2158

For Period Ending:  09/30/14

Blanket Bond (per case limit):     $  1,000,000.00

Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | General Mail Facility<br>Miami, FL  33188-0001 | For service 08/20/10 to 9/21/10, Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (ECF 518) | | | | |
| | 10/13/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 250.00 | | 250.00 |
| | 10/13/10 | 010019 | Manuel Fonseca<br>1543 Michigan Ave., Suite 308<br>Miami Beach, FL  33139 | Lawn Service - 10-1-10<br>Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 250.00 | 0.00 |
| | 10/18/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 624.58 | | 624.58 |
| | 10/18/10 | 010020 | City of Miami Beach | Acct #520547-01 - Current reading for 9/23/2010, at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/10 (D.E. #518) | 2990-000 | | 624.58 | 0.00 |
| | 10/20/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 239.54 | | 239.54 |
| * | 10/20/10 | 010021 | Simplicity 2 LLC<br>1627 Brickell Ave, PH 3000<br>Miami, FL  33129 | Reimbursement for cleaning & cleaning supplies for home at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/10 (D.E. #518) | 2990-004 | | 239.54 | 0.00 |
| | 11/01/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 691.06 | | 691.06 |
| | 11/01/10 | 010022 | FPL<br>General Mail Facility<br>Miami, FL  33188-0001 | Acct #: 64584-36232<br>For service 9/21/10 to 10/20/10, Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 | 2990-000 | | 691.06 | 0.00 |

Page Subtotals          1,805.18          1,805.18

Ver: 18.03a

LFORM24

**FORM 2**

Page:   16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        09-36418  -LMI
Case Name:    SHAPIRO, NEVIN KAREY

Taxpayer ID No:    *******2158
For Period Ending:  09/30/14

Trustee Name:        JOEL L. TABAS, TRUSTEE
Bank Name:            Union Bank
Account Number / CD #:    *******0598  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | (ECF 518) | | | | |
| 11/02/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 300.00 | | 300.00 |
| 11/02/10 | 010023 | Victor H. Alvarez | Inv. #397625, Swimming Pool Service (October & November 2010) Pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/2010 (D.E. #518) | 2990-000 | | 300.00 | 0.00 |
| 11/05/10 | 010024 | Simplicity 2 LLC 558 NE 118th St, Biscayne Park, Fl. 33161 | Reimbursement for cleaning & clean- ing supplies for home at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Emergency Motion to Incur Debt, 5/25/10 (D.E. #518) | 2990-000 | | 239.54 | -239.54 |
| *    11/08/10 | 010021 | Simplicity 2 LLC 1627 Brickell Ave, PH 3000 Miami, FL  33129 | Stop Payment Reversal SA | 2990-004 | | -239.54 | 0.00 |
| 11/18/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 859.71 | | 859.71 |
| 11/18/10 | 010025 | City of Miami Beach | Acct #520547-01 - Current reading for 10/27/2010, at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Second Emergency Motion to Incur Debt | 2990-000 | | 609.71 | 250.00 |
| 11/18/10 | 010026 | Manuel Fonseca 1543 Michigan Ave., Suite 308 Miami Beach, FL  33139 | Lawn Service - 11-10-10 Order Granting Second Emergency Motion to Incur Debt | 2990-000 | | 250.00 | 0.00 |
| | | | | | | | |

Page Subtotals        1,159.71        1,159.71

LFORM24

Ver: 18.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-36418 -LMI | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | SHAPIRO, NEVIN KAREY | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******0598 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2158 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,163.05 | | 1,163.05 |
| 12/02/10 | 010027 | FPL General Mail Facility Miami, FL 33188-0001 | Acct #: 64584-36232 For service 10/20/10 to 11/18/10, Pursuant to Order Granting Emergency Motion to Incur Debt, 5/20/2010 | 2990-000 | | 613.05 | 550.00 |
| * 12/02/10 | 010028 | Simplicity 2 LLC 558 NE 118th St, Biscayne Park, Fl. 33161 | Reimbursement for house cleaning at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting 2nd Emergency Motion to Incur Debt, 12/21/10 (D.E. #1018) | 2990-003 | | 100.00 | 450.00 |
| 12/02/10 | 010029 | Diana Wright 140 Jefferson Avenue Suite 14010 Miami Beach, FL 33139 | Appraisal services, pursuant to Order, 4/19/10 (D.E. #325) | 3711-000 | | 450.00 | 0.00 |
| 12/16/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 632.36 | | 632.36 |
| 12/16/10 | 010030 | City of Miami Beach | Acct #520547-01 - Current reading for 11/30/2010, at 5380 N Bay Road, Miami Beach, FL, pursuant to Order Granting Second Emergency Motion to Incur Debt, 12/21/10 (D.E. #1018) | 2990-000 | | 632.36 | 0.00 |
| 12/20/10 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 200.00 | | 200.00 |
| * 12/20/10 | 010028 | Simplicity 2 LLC 558 NE 118th St, Biscayne Park, Fl. 33161 | Reimbursement for house cleaning | 2990-003 | | -100.00 | 300.00 |
| | | | | | | | |

| | | Page Subtotals | 1,995.41 | 1,695.41 |
|---|---|---|---|---|

LFORM24

Ver: 18.03a

**FORM 2**

Page:   18

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        09-36418 -LMI

Case Name:      SHAPIRO, NEVIN KAREY

Taxpayer ID No:   *******2158

For Period Ending:   09/30/14

Trustee Name:        JOEL L. TABAS, TRUSTEE

Bank Name:           Union Bank

Account Number / CD #:   *******0598 Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/10 | 010031 | Simplicity 2 LLC<br>558 NE 118th St,<br>Biscayne Park, Fl. 33161 | Reimbursement for house cleaning<br>at 5380 N Bay Road, Miami Beach, FL (Simiplicity<br>check nos. 1083, 1086 & 1157), pursuant to Order<br>Granting 2nd Emergency Motion to Incur Debt,<br>12/21/10 (D.E. #1018) | 2990-000 | | 300.00 | 0.00 |
| 01/04/11 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 525.96 | | 525.96 |
| 01/04/11 | 010032 | FPL<br>General Mail Facility<br>Miami, FL  33188-0001 | Acct #: 64584-36232<br>For service 11/18/10  to 12/20/10, Pursuant to  Order<br>Granting 2nd Emergency Motion to Incur Debt,<br>12/21/10 (D.E. #1018) | 2990-000 | | 525.96 | 0.00 |
| 01/14/11 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,194.60 | | 1,194.60 |
| 01/14/11 | 010033 | Victor H. Alvarez<br>16258 NW 17th Court<br>Pembroke Pines, FL  33028 | Inv. #397646, Swimming Pool Service<br>Dec. 2010 Pool Service ($150) and pool repair ($380)<br>Pursuant to Order Granting 2nd Emergency Motion to<br>Incur Debt, 12/21/10 (D.E. #1018) | 2990-000 | | 530.00 | 664.60 |
| 01/14/11 | 010034 | City of Miami Beach | Acct #520547-01 - Current reading<br>for 1/3/11, at 5380 N Bay Road, Miami Beach, FL,<br>pursuant to Order Granting Second Emergency<br>Motion to Incur Debt, 12/21/10 (D.E. #1018) | 2990-000 | | 664.60 | 0.00 |
| 01/20/11 | | Transfer from Acct #*******9152 | TRANSFER TO WRITE CHECKS | 9999-000 | 250.00 | | 250.00 |
| 01/20/11 | 010035 | Manuel Fonseca<br>1543 Michigan Ave., Suite 308 | Lawn Service - 01-19-11<br>Order Granting Second Emergency Motion to Incur | 2990-000 | | 250.00 | 0.00 |

Page Subtotals          1,970.56          2,270.56

Ver: 18.03a

LFORM24

**FORM 2**

Page:    19

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 09-36418 -LMI |
| Case Name: | SHAPIRO, NEVIN KAREY |
| | |
| Taxpayer ID No: | *******2158 |
| For Period Ending: | 09/30/14 |

| | |
|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******0598  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami Beach, FL  33139 | Debt, 12/21/10 (D.E. #1018) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 18,477.18 | 18,477.18 | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 18,477.18 | 0.00 | | |
| | | Subtotal | | 0.00 | 18,477.18 | | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | | |
| | | Net | | 0.00 | 18,477.18 | | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 5,740,000.00 * | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 5,609,843.93 * | EPI-NB GENERAL - ********9152 | 1,178,300.70 | 378,077.14 | 781,746.38 |
| | | Checking Account (Non-Interest Earn - *******0598 | 0.00 | 18,477.18 | 0.00 |
| Total Memo Allocation Net: | 130,156.07 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 1,178,300.70 | 396,554.32 | 781,746.38 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

LFORM24

Ver: 18.03a