**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on August 27, 2015**

_Laurel M Isicoff_
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 09–36418–LMI**

**Chapter: 7**

**In re:** _(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)_

Nevin Karey Shapiro
5380 N Bay Rd
Miami Beach, FL 33140

SSN: xxx–xx–0000

## FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.